UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOAN GINTER, as Special Administrator
for the Estate of Harold Eugene Jaeger,

      Plaintiff,

      v.                                Case No. 22-C-1114

HAROLD WILLIAM JAEGER,

      Defendant.

---

## ORDER GRANTING MOTION TO COMPEL AS TO JOAN GINTER

---

On March 28, 2023, Defendant Harold W. Jaeger served his first set of discovery demands on Plaintiff to delve into issues of undue influence. The discovery requests made pursuant to Fed. R. Civ. P. 33 and 34 inquired into the circumstances surrounding gifts and financial transactions with the decedent, Harold E. Jaeger, as well as documents concerning them. The responses were due before May 1, 2023. When no responses were forthcoming, counsel for the defendant agreed to additional time within which the discovery responses could be provided. Counsel for the defendant indicates that he conferred in good faith with counsel for the plaintiff to obtain the discovery pursuant to Civil L.R. 37. However, the discovery responses remained outstanding as of June 13, 2023, at which time a motion on the issue was filed. Plaintiff failed to respond.

On September 25, 2023, the court held a hearing on the motion via video conference. For the reasons set forth on the record, the court hereby grants Defendant's motion to compel and directs Plaintiff Joan Ginter, as special administrator of the Estate of Harold E. Jaeger, to provide answers to the outstanding discovery within twenty-one days of the date of this order.

The court further awards costs and attorney fees to Defendant pursuant to Fed. R. Civ. P. Rule 37(a)(5)(A).

**SO ORDERED** at Green Bay, Wisconsin this 25th day of September, 2023.

s/ William C. Griesbach
William C. Griesbach
United States District Judge