UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOAN GINTER, as Special Administrator for
the Estate of HAROLD EUGENE JAEGER,

      Plaintiff,

      v.                               Case No. 22-C-1114

HAROLD WILLIAM JAEGER,

      Defendant.

---

## ORDER FOR DISBURSEMENT OF FUNDS
## AND DISMISSAL

---

Based upon the Joint Stipulation to Disburse Funds (Dkt. No. 70) and Letter (Dkt. No. 71), both filed August 27, 2024;

**IT IS HEREBY ORDERED** that Laona State Bank is directed to unfreeze and disburse all moneys held in the accounts jointly owned with Harold E. Jaeger as follows:

1. The sum of $150,000.00 payable to the Winter Law Office Trust Account for the benefit of Estate of Harold E. Jaeger, by its Special Administrator Joan Ginter; and

2. The remaining funds, amounting to Two Hundred Forty-Nine Thousand One Hundred Ninety-One Dollars and Forty-Six Cents ($249,191.46) as of 8/16/24, plus any additional accrued interest, shall be distributed to the Law Firm of Conway, Olejniczak & Jerry, S.C. Trust Account for the benefit of Harold W. Jaeger.

**IT IS FURTHER ORDERED** that all of Plaintiff's claims against Defendant shall be dismissed with prejudice, without further notice or hearing, and without costs to any party.

Dated at Green Bay, Wisconsin this 29th day of August, 2024.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge